IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JONATHAN D. GOUGH,                    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )            1:17CV72
                                      )
NANCY A. BERRYHILL,                   )
Acting Commissioner of Social         )
Security,                             )
                                      )
            Defendant.                )

**ORDER**

This matter is before this court for review of the

Memorandum Opinion and Recommendation filed on February 8, 2018,

by the Magistrate Judge in accordance with 28 U.S.C. § 636(b).

(Doc. 13.) In the Recommendation, the Magistrate Judge

recommends that the Commissioner's decision finding no

disability be affirmed, that Plaintiff's Motion for Judgment

Reversing the Commissioner (Doc. 9) be denied, that Defendant's

Motion for Judgment on the Pleadings (Doc. 11) be granted, and

that this action be dismissed with prejudice. The Recommendation

was served on the parties to this action on February 8, 2018.

(Doc. 14.) Counsel for Plaintiff filed timely objections (Doc.

15) to the Recommendation, and counsel for the Commissioner

filed a response to Plaintiff's objections (Doc. 16).

This court is required to "make a de novo determination of

those portions of the [Magistrate Judge's] report or specified

proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).  This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . .  [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation (Doc. 13) is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Judgment Reversing or Modifying the Decision of the Commissioner of Social Security, or Remanding the Cause for a Rehearing (Doc. 9) is **DENIED,** that Defendant's Motion for Judgment on the Pleadings (Doc. 11) is **GRANTED,** that the Commissioner's decision is **AFFIRMED,** and that this action be dismissed with prejudice.

A judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of March, 2018.

_____
United States District Judge